**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 1:17-cv-02609

DEBORAH M. WOODROW,

     Plaintiff,

v.

ANDREW SAUL, Commissioner of the Social Security Administration,

     Defendant.

---

**ORDER**

---

This matter is before the Court on Plaintiff Deborah M. Woodrow's Unopposed Motion for Award of Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (the "Motion") (ECF No. 22).  After its analysis of the Motion, record, and applicable law, the Court finds and orders as follows.

It is **HEREBY ORDERED**:

(1) That Plaintiff's Motion is GRANTED in the amount of $4,502.91;

(2) That the award be made payable to Plaintiff but mailed to Plaintiff's attorney (*See Astrue v. Ratliff*, 560 U.S. 586 (2010));

(3) That if, after receiving the Court's EAJA fee order, the Commissioner (a) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (b) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the

requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

(4) That, if Plaintiff's counsel receives attorney fees under both the EAJA and 41 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986). *See also Ratliff*, 560 U.S. at 596 n.4 (explaining that, if a claimant's counsel is ultimately granted attorney fees under § 406(b) out of the claimant's benefits award, the claimant's attorney must refund to the claimant the amount of the smaller fee).

DATED this 17th day of July, 2020.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge

2